**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| JONATHAN DIAMOND ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | |
| MEDICREDIT, INC. and WEST ) | Case No. _____ |
| FLORIDA-PPH LLC d/b/a PALMS OF ) | |
| PASADENA HOSPITAL, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1331, 1441 and 1446, Defendants Medicredit, Inc. ("Medicredit") and West Florida-PPH LLC d/b/a Palms of Pasadena Hospital ("West Florida") (collectively referred herein as "Defendants"), by and through counsel, file this Notice of Removal.  In support thereof, Defendants state as follows:

1. On or about October 5, 2016, Plaintiff Jonathan Diamond ("Plaintiff") initiated his civil action by filing a Statement of a Claim (the "Original Complaint") in the County Court of the Sixth Judicial Circuit in and for Pinellas County, Florida, Small Claims Division, captioned *Jonathan Diamond v. Medicredit, Inc. and PP Transition LP d/b/a Palms of Pasadena LP,* Case No. 16009886SC (the "State Court Action").

2. On October 14, 2016, Medicredit was served with Plaintiff's Original Complaint. Copies of Plaintiff's Original Complaint, the summons and other related court documents are attached hereto as **Exhibit A**, which represent all of the pleadings received by or served upon Medicredit in connection with the State Court Action.

3. On or about October 27, 2016, Plaintiff amended his State Court Action by filing a Second Amended Statement of a Claim (the "Amended Complaint"). The Amended Complaint continues to assert a cause of action against Medicredit, but Plaintiff amended the Original Complaint to assert a cause of action against West Florida rather than PP Transition LP d/b/a Palms of Pasadena LP.

4. On October 31, 2016, West Florida was served with Plaintiff's Amended Complaint. Copies of Plaintiff's Amended Complaint, the summons and other related court documents are attached hereto as **Exhibit B**, which represent all of the pleadings received by or served upon West Florida in connection with the State Court Action.

5. Plaintiff's Amended Complaint alleges that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*. ("FDCPA") and the Florida Consumer Collection Practices Act, Fla. Stat. § 559.72 *et seq*. ("FCCPA").

6. This Court has original jurisdiction pursuant to 28 U.S.C. § 1331 because Plaintiff's Amended Complaint involves a federal question. Specifically, Plaintiff alleges violations and seeks damages under FDCPA, which is a federal law of the United States. 15 U.S.C § 1692k(d) of the FDCPA states that "[a]n action to enforce any liability created by this subchapter may be brought in any appropriate United States district court without regard to the amount in controversy…within one year from the date on which the violation occurs." Defendants will rely on 15 U.S.C. § 1692k(a)(3) of the FDCPA because Plaintiff files suit against Defendants in bad faith and for purposes of harassment.

7. This Court has supplemental jurisdiction over Plaintiff's FCCPA claims, pursuant to 28 U.S.C. § 1367. Therefore, removal is proper pursuant to 28 U.S.C. § 1441(c).

8. This Notice of Removal is timely because it is being filed within 30 days of service of Plaintiff's Original Complaint and Amended Complaint. *See* 28 U.S.C. § 1446(b).

9. Pursuant to 28 U.S.C. § 1446(d), Defendants will promptly notify Plaintiff's counsel in writing of the filing of this Notice, and Defendants will file a copy of this Notice with the Clerk of the Circuit Court of Pinellas County, Florida.

10. Defendants consent to removal.

WHEREFORE, Defendants Medicredit, Inc. and West Florida-PPH LLC d/b/a Palms of Pasadena Hospital give notice that the State Court Action has been removed to this Court in accordance with the foregoing statutory provisions.

Dated:  November 8, 2016

Respectfully submitted,

/s/  William J. Cantrell
William J. Cantrell, Esquire
Florida Bar No. 0103254
OGLETREE, DEAKINS, NASH, SMOAK
    & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL  33602
Tel:  813.289.1247 –  Fax:  813.289.6530
E-mail: william.cantrell@ogletreedeakins.com
E-mail: tamdocketing@ogletreedeakins.com

Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of November, 2016, I electronically filed the foregoing through the Court's CM/ECF system, and mailed, postage prepaid, to the following attorney of record:

Michael A. Ziegler, Esq.
Law Office of Michael A. Ziegler, P.L.
13575 58th Street North, Suite 129
Clearwater, FL 33760

ATTORNEY FOR PLAINTIFF

/s/ William J. Cantrell
An Attorney for Defendants

26815990.1